GILL *et al. v.* THE STATE *ex rel.* HEUST.

APPEAL from the *Pulaski* Circuit Court.

*Per Curiam.*—In this case there was no exception taken to any ruling of the Court below, nor is any question properly presented by the record for our decision.

The judgment is affirmed, with costs and five per cent. damages.

*G. T. Wickersham,* for the appellants.

*Pratt & Baldwin,* for the appellee.